

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



November 20, 2007

**By Facsimile**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007



    Re:    United States v. Phillip Quintero
           07 Cr. 460 (RWS)

Dear Judge Sweet:

       The Government respectfully submits this letter to request an adjournment of the pre-trial conference in this matter scheduled for November 20, 2007 at 4:30 p.m. Daniel Nobel, Esq., counsel to the defendant, is currently engaged in a trial in the Eastern District of New York. Mr. Nobel consents to this proposed adjournment and the exclusion of time under the Speedy Trial Act from today until January 15, 2008. Mr. Nobel has recently requested a plea agreement for his client, and the parties are hopeful that the case will be resolved soon. After discussing the matter with Your Honor's deputy law clerk, the Government respectfully requests that the November 20, 2007 conference be rescheduled for January 15, 2008 at 4:30 p.m.

       Thank you for your consideration of this matter.

*So ordered*
*Sweet USDJ*
*11.20.07*

        Very truly yours,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

   By: _____
        Michael Q. English
        Assistant United States Attorney
        (212) 637-2594

CC:    Daniel Nobel, Esq. (By fax)