

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

January 23, 2008

**By Facsimile**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

RECEIVED JAN 24 2008 JUDGE SWEET CHAMBERS

Re: <u>United States v. Phillip Quintero</u>
07 Cr. 460 (RWS)

Dear Judge Sweet:

    The Government respectfully submits this letter to request that the Court set this matter down for a guilty plea on February 19, 2008. The case was originally scheduled for a pre-trial conference on January 15, 2008. However, Daniel Nobel, Esq., counsel to the defendant, is currently engaged in a trial in the Eastern District of New York. Prior to the scheduled conference, Mr. Nobel advised the Government that the defendant intends to plead guilty. Mr. Nobel has also asked the Government to prepare a plea agreement. The Government anticipates providing the defendant with a plea agreement by the end of this week. Mr. Nobel consents to the exclusion of time under the Speedy Trial Act from today until February 9, 2008.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Michael Q. English
Assistant United States Attorney
(212) 637-2594

CC: Daniel Nobel, Esq. (By fax)

So ordered
*[signature]* USDJ
1.28.08