

JUDGE SWEET CHAMBERS

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2008

**By Hand**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

*Ordered*
*Sweet 'USDJ*
*4-7-08*

Re:    United States v. Phillip Quintero
       07 Cr. 460 (RWS)

Dear Judge Sweet:

The Government respectfully submits this letter to request that the Court set this matter down for a guilty plea on April 30, 2008. The Government provided defense counsel, Daniel Nobel, Esq., with a plea agreement at the end of February. Mr. Nobel indicated that the defendant would plead guilty pursuant to the plea agreement. Mr. Nobel has, however, been engaged in a major trial in the Eastern District of New York for the past several months, and the parties have been unable to schedule the plea. Mr. Nobel believes his trial will be complete in the next several weeks. Accordingly, Mr. Nobel consents to the exclusion of time under the Speedy Trial Act from today until April 30, 2008.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:    _____
       Michael Q. English
       Assistant United States Attorney
       (212) 637-2594

CC:    Daniel Nobel, Esq. (By fax)