**DANIEL NOBEL**
Attorney at Law

Telephone: *(212) 219-2870*
Fax: *(212) 219-9255*
E-mail: *dannobelesq@aol.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

401 Broadway, 25th Floor
New York, NY 10013



April 29, 2008

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>By fax</u>

So ordered
Sweet
USDJ
4.30.08

Re: <u>United States v. Phillip Quintero</u>
07 Cr. 460 (RWS)

Dear Judge Sweet:

    I represent Mr. Phillip Quintero in the above captioned case. A plea on this case is scheduled for April 30, 2008. I can not be present on that date because I am engaged in a long running trial before United States District Judge Denis R. Hurley at the Central Islip courthouse of the Eastern District. The case is in jury deliberations. I anticipate that it will be concluded in the near future. I am available on Fridays even if deliberations were to continue. I therefore request that the plea be scheduled either for May 2, 2008, at any time other than 11:30 a.m. or 3:30 p.m., or on May 9, 2008 between 10:30 a.m. and 1:00 p.m. It is my understanding that the plea will be taken in Magistrate Court.

Respectfully submitted,

Daniel Nobel

cc: AUSA Michael Quinn English
    (by e-mail attachment)