

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

**By Facsimile**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

    Re:    <u>United States v. Phillip Quintero</u>
           07 Cr. 460 (RWS)

Dear Judge Sweet:

    Further to the letter of Daniel Nobel, Esq., to the Court dated April 29, 2008, the Government respectfully requests the exclusion of time under the Speedy Trial Act from today until May 30, 2008. Mr. Nobel has been in possession of a plea agreement from the Government for several months, but has been unable to schedule the defendant's guilty plea because he is engaged in a major trial in the Eastern District of New York. I have left a message with Mr. Nobel regarding his consent to the exclusion of time under the Speedy Trial Act. Mr. Nobel has assured me several times previously that he consents to the exclusion of time while his trial is ongoing.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Michael Q. English*
Michael Q. English
Assistant United States Attorney
(212) 637-2594

*So ordered*
*Sweet*
*USDJ*
*4-30-08*

CC:    Daniel Nobel, Esq. (By fax)

TOTAL P.02