

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 2, 2008

**By Facsimile**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007



    Re:   <u>United States v. Phillip Quintero</u>
           07 Cr. 460 (RWS)

Dear Judge Sweet:

      The Government respectfully writes to inform Your Honor about the status of this case. The defendant has been ready to plead guilty pursuant to a plea agreement for several months, but the parties were initially unable to schedule the defendant's guilty plea because defense counsel, Daniel Nobel, Esq., was engaged in a several-month trial in the Eastern District of New York. When Mr. Nobel's trial finished, the parties scheduled the defendant's plea in Magistrate's Court for May 13, 2008. On May 12th, the parties were informed that the defendant was in isolation in the Metropolitan Correctional Center as a result of a chickenpox outbreak. As of May 30, 2008, the defendant was still in isolation. Given the inability for the defendant to come to Court to plead guilty, the parties respectfully request an exclusion of time under the Speedy Trial Act until July 2, 2008. If and when the defendant is cleared to come to Court, the parties will notify the Court and schedule the defendant's plea immediately. Mr. Nobel consents to the exclusion of time until July 2, 2008.



So ordered
Sweet
USDJ
6-2-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

The Honorable Robert W. Sweet
June 2, 2008
Page 2

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Michael Q. English
Assistant United States Attorney
(212) 637-2594

CC: Daniel Nobel, Esq. (By fax)