**DANIEL NOBEL**
Attorney at Law

*Telephone: (212) 219-2870*
*Fax:       (212) 219-9255*
*E-mail:    dannobelesq@aol.com*



401 Broadway, 25th Floor
New York, NY 10013

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

By fax

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/25/08
```

Re: United States v. Phillip Quintero
07 Cr. 460 (RWS)

Dear Judge Sweet:

      I represent Mr. Phillip Quintero in the above captioned case. Sentencing in the case is presently scheduled for Tuesday, September 23, 2008. My wife has had to reschedule a hip replacement operation from mid-October until September 23rd. I therefore request that the sentencing in this matter be rescheduled for October 9, 2008 at 4:30 p.m. I have discussed this application with AUSA Michael English and with USPO Daniel Voice and they have no objection. I consent to the tolling of any applicable speedy trial provision until the date of sentencing.

Respectfully submitted,

Daniel Nobel

cc: AUSA Michael Quinn English
    (by e-mail attachment)

    USPO Daniel Voice
    (by fax)

So ordered
Suee TVSDJ
8.20.08